

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00087-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY** and Post Oak Clean Green, Inc.,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSERVATION DISTRICT,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1245-CV-C
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

Having considered the motion for emergency relief filed by Post Oak Clean Green, Inc. on October 12, 2021, we GRANT the motion pursuant to Texas Rule of Appellate Procedure 29.3. TEX. R. APP. P. 29.3 (authorizing the appellate court to make any temporary orders necessary to preserve the parties' rights until disposition of the appeal). It is ORDERED that, during the pendency of this interlocutory appeal, Guadalupe County Groundwater Conservation District is prohibited from taking any action to assess or enforce a fine or other penalty (including, but not limited to, holding a show cause hearing and/or suspending a permit) and from initiating a separate lawsuit for noncompliance based on Post Oak Clean Green, Inc.'s purported violation of the District's Rule 8.1 which is the subject of the pending appeal.

It is so **ORDERED** on this 13th day of October, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court